

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00541-CR

Librado **MALDONADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR4304W
Honorable Lori I. Valenzuela, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  October 15, 2014

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On October 6, 2014, appellant filed a motion to dismiss this appeal and asking for immediate issuance of the mandate.  The motion is granted, and the appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH